1
2
3
4

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ACUMEN ENTERTAINMENT GROUP, INC., | ) ) ) |
| Plaintiff(s), | ) Case No. 10-CV-1423-RLH-PAL ) |
| vs. | ) **TEMPORARY RESTRAINING** ) **ORDER** |
| ROBERT E. MCLAUCHLAN, individually; DOES I through V and ROE ENTITIES I though V, inclusive, | ) (Motion for Restraining Order–#11) ) ) ) |
| Defendant(s). | ) ) |
| ROBERT MCLAUCHLAN, Derivatively on on behalf of Nominal Defendants Acumen Entertainment Group, Inc. and MovieGoods, Inc. | ) ) ) ) |
| Third Party Plaintiff, | ) ) |
| vs | ) ) |
| ROBERT L. DEAKIN and TERRY KRAEMER, individually, d.b.a Pop Culture Graphics, and as Directors of Acumen Entertainment Group, Inc., DOES I through X, individuals, and ROE ENTITIES I through X, | ) ) ) ) ) ) |
| Third Party Defendants. | ) ) |
| and | ) ) |
| ACUMEN ENTERTAINMENT GROUP, INC., a Nevada corporation and MOVIEGOODS, INC., a Nevada Corporation, | ) ) ) ) |
| Nominal Defendants. | ) ) |

1

| | |
|---|---|
| KEYBANK NATIONAL ASSOCIATION, | )<br>) |
| Plaintiff In Intervention, | )<br>) |
| vs | )<br>) |
| ROBERT E. MCLAUCHLAN, an individual;<br>POP CULTURE GRAPHICS, INC., a Nevada<br>corporation; DOES I through V; ROE ENTITIES<br>I through V, inclusive, | )<br>)<br>)<br>)<br>) |
| Defendant/Third Party Plaintiff, | ) |

Before the Court is Defendant Robert McLauchlan's Ex Parte Motion for Restraining Order to Enforce Pending Restraining Order Pending Hearing by this Court (#11, filed September 2, 2010). The motion asks this Court to enforce a Restraining Order issued by the Honorable Kathleen Delaney of the State Court. Since the issuance of Judge Delaney's Order, this matter has been removed to this Court. Having read Defendant's Ex Parte Motion and Judge Delaney's Temporary Restraining Order (a copy of which is attached to this Order, and for good cause shown,

IT IS HEREBY ORDERED that this Court adopts and reissues Judge Delaney's Temporary Restraining Order and will enforce the Order as though issued by this Court.

IT IS FURTHER ORDERED that a <u>hearing</u> on Defendant's Motion for Preliminary Injunction is set for <u>September 9, 2010</u>, at the hour of <u>2:00 p.m.</u>, in Courtroom 6C, Lloyd D. George U.S. Courthouse.

Dated: September 2, 2010.

_____
**Roger L. Hunt**
**Chief United States District Judge**

SAMUEL KORNHAUSER, Esq., California Bar No. 083528
LAW OFFICES OF SAMUEL KORNHAUSER
155 Jackson Street, Suite 1807
San Francisco, California 94111
Telephone:  (415) 981-6281 / Facsimile:  (415) 981-7616

Barney C. Ales, Esq., Nevada Bar No. 0127
Douglas L. Monson, Esq., Nevada Bar No. 7829
Goold Patterson Ales & Day
4496 South Pecos Road
Las Vegas, Nevada  89121
(702)436-2600 (Telephone) / (702)436-2650 (Fax)
bales@gooldpatterson.com / dmonson@gooldpatterson.com

Attorneys for Defendant/Third Party Plaintiff Robert McLauchlan

FILED JUN 11
FILE WITH MASTER CALENDAR
FILE W/ MASTER ...

DISTRICT COURT

CLARK COUNTY, NEVADA

| | |
|---|---|
| ACUMEN ENTERTAINMENT GROUP, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT E. MCLAUCHLAN, individually; DOES I through V and ROE ENTITIES I through V, inclusive,<br><br>Defendants.<br><br>ROBERT MCLAUCHLAN, Derivatively on behalf of Nominal Defendants Acumen Entertainment Group, Inc. and MovieGoods, Inc.,<br><br>Third Party Plaintiff,<br><br>vs.<br><br>ROBERT L. DEAKIN and TERRY KRAEMER, individually, d.b.a Pop Culture Graphics, and as Directors of Acumen Entertainment Group, Inc., DOES I through X, individuals, and ROE ENTITIES I through X,<br><br>Third Party Defendants,<br><br>- and - | CASE NO.:  A-09-590972-B<br>DEPT. NO.:  XXV<br><br>TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION SETTING<br><br>THE HONORABLE KATHLEEN DELANEY<br><br><br>DEPARTMENT XXV<br>NOTICE OF HEARING<br>DATE 6/15/10 TIME 9:00am<br>APPROVED BY ___<br><br><br>A-09-590972-B<br>TRO<br>Temporary Restraining Order<br>822414 |

Temporary Restraining Order-590972                                                1

| | |
|---|---|
| 1 | ACUMEN ENTERTAINMENT GROUP, ) |
|   | INC., a Nevada corporation, and ) |
| 2 | MOVIEGOODS, INC., a Nevada ) |
|   | Corporation, ) |
| 3 |           Nominal Defendants. ) |

**ORDER GRANTING TEMPORARY RESTRAINING ORDER**

This emergency ex parte motion for temporary restraining order having come before the Court seeks a TEMPORARY RESTRAINING ORDER ENJOINING ROBERT DEAKIN, TERRY KRAEMER, ACUMEN ENTERTAINMENT GROUP, INC. ("ACUMEN") and/or their agents, subsidiaries or those acting on their behalf, including, but not limited to, moving companies, from moving or removing from the Acumen business premises located at 6850 Paradise Road, Las Vegas, Nevada, or any other premises, any corporate assets, including, but not limited to, Xerox photocopying machines, any other photocopying machines, printers, equipment, furniture, computers, business records, computer servers, bank records, poster inventory, poster images or any other Acumen/Moviegoods corporate assets, until the hearing on McLauchlan's motion for preliminary injunction.

Good cause appears for the granting of such temporary restraining order based on the sworn declarations and record presented that Robert Deakin and Terry Kraemer have moved out of their Las Vegas homes and that Mr. Deakin, Mr. Kraemer and/or Acumen and/or their agents or those acting on their behalf plan this weekend (June 10-11, 2010) to secretly remove the operating assets of Acumen from its current Las Vegas location to North Carolina and out of the jurisdiction of this Court. The removal of those assets could leave this Court with little or no effective jurisdiction over those assets with regard to any judgment against them. It appears that Acumen has debts to its landlord in excess of $55,000 and to Key Bank in excess of One Million Dollars and that Mr. Deakin may be in breach of his contract with Mr. McLauchlan, which claims are presently the subject of this litigation. Removal of those assets from this Court's jurisdiction could ~~render any recovery judgment proof~~ violate the Court's Order dated November 16, 2009. The criteria for the issuance of an emergency temporary restraining order have been met. ~~It appears likely that Mr. McLauchlan~~

~~will prevail on his voting contract claim; that he and~~ Mr. McLauchlan, Acumen and their creditors will suffer immediate and irreparable harm if such a TRO is not issued before a hearing on a motion for preliminary injunction can be heard, as the assets may be moved before then and as Acumen may not be able to operate and Mr. McLauchlan and creditors may have no assets against which to recover; that the balance of hardship favors McLauchlan in possibly not being able to recover versus no prejudice to Mr. Deakin, Mr. Kraemer or Acumen in temporarily preventing Mr. Deakin, Mr. Kraemer and Acumen from removing Acumen's assets from this Court's jurisdiction for four (4) days when a hearing on a preliminary injunction can be held and that a TRO will protect the public interest by maintaining the status quo and preserving Acumen's assets in this jurisdiction in the event that Mr. McLauchlan and/or creditors obtain favorable judgments.

Therefore, GOOD CAUSE appearing, IT IS HEREBY ORDERED that ROBERT DEAKIN, TERRY KRAEMER, ACUMEN ENTERTAINMENT GROUP, INC. ("ACUMEN") and/or their agents, subsidiaries or those acting on their behalf, including, but not limited to, moving companies, are temporarily restrained from moving or removing from the Acumen business premises located at 6850 Paradise Road, Las Vegas, Nevada, or any other premises, any corporate assets, including, but not limited to, Xerox photocopying machines, any other photocopying machines, printers, equipment, furniture, computers, business records, computer servers, bank records, poster inventory, poster images or any other Acumen/Moviegoods corporate assets, until the June 15, 2010 hearing on Mr. McLauchlan's motion for preliminary injunction.

IT IS FURTHER ORDERED that the foregoing EX PARTE EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER TO ENJOIN ROBERT DEAKIN, TERRY KRAEMER, ACUMEN ENTERTAINMENT GROUP, INC. ("ACUMEN") AND/OR THEIR AGENTS FROM REMOVING ACUMEN CORPORATE ASSETS FROM THE ACUMEN PREMISES shall also be deemed to be a motion on shortened time for a preliminary injunction to continue said restraining order in place until Mr. McLauchlan's motion for preliminary

1 injunction is heard, which motion for preliminary injunction shall be heard in Department XXV
2 of the above-entitled Court, on the 15th day of June, 2010, at the hour of 9:00 a.m.
3     IT IS FURTHER ORDERED that Mr. McLauchlan shall post a cash bond in the amount
4 of $300 as security for the issuance of said temporary restraining order.
5     IT IS SO ORDERED.

DATED this \_\_\_11th\_\_\_ day of June, 2010, AT 1:45 p.m.

_____
DISTRICT COURT JUDGE

LAW OFFICES
SAMUEL KORNHAUSER
155 Jackson Street, Suite 1807
San Francisco, CA 94111

Temporary Restraining Order-590972      4